# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LUCY KIMBERLY FORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEMPHIS-SHELBY COUNTY ) <br> SCHOOLS, a/k/a Shelby County Board of ) <br> Education, ) <br> ) <br> Defendant. ) | No. 2:22-cv-02346-TLP-atc <br><br> JURY DEMAND |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's pro se Complaint, filed on June 6, 2022. (ECF No. 1.) In accordance with the Order Adopting in Part Report and Recommendation and Granting Motion for Summary Judgment (ECF No. 48), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker

THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

April 29, 2024
Date